**Order entered September 16, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00558-CV**

**FOREVER LIVING PRODUCTS INTERNATIONAL, LLC, ET AL.,**
**Appellants**

**V.**

**ALOE VERITAS AMERICAS, LLC, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00270**

**ORDER**

Before the Court is appellees' September 15, 2020 unopposed second motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **October 19, 2020**. We caution appellees that further extension requests in this accelerated appeal will be disfavored.

/s/    KEN MOLBERG
JUSTICE